UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

THE UNITED STATES OF AMERICA,

                                                          FILE UNDER SEAL

       -vs-                                         NOTICE OF MOTION
                                                         Dkt. No.  6:18-mj-00511 JWF

DAVID D. BLASCZAK,

                             Defendant.
_____

      PLEASE TAKE NOTICE that upon the annexed affirmation of LAWRENCE L. KASPEREK, attorney for the above-named defendant, and exhibits included within on this Criminal Complaint and all other proceedings had herein, this matter was assigned to the United States Magistrate Judge the Honorable Jonathan W. Feldman, on or about March 30, 2018, the undersigned will move this Court, at a criminal term thereof, located at the United States Courthouse, City of Rochester, State of New York, or as soon thereafter as counsel may be heard, for the following relief:

**MOTION TO FILE UNDER SEAL** .......................................................................... 3

**MOTION TO WITHDRAW AS COUNSEL** ......................................................... 3

**MOTION FOR FURTHER RELIEF** ..................................................................... 8

DATED:  Rochester, New York                    Yours, etc.
          March 19, 2018

                                                        LAWRENCE L. KASPEREK
                                                        Attorney for David D. Blasczak
                                                        Easton Thompson Kasperek Shiffrin, LLP
                                                        The Powers Building
                                                        16 West Main Street, Suite 243
                                                        Rochester, New York  14614
                                                        (585) 262 - 3510
                                                        email: llkasperek@etksdefense.com

TO: KYLE P. ROSSI, AUSA
United States Attorney
500 Federal Building
100 State Street
Rochester, New York  14614
email: kyle.rossi@usdoj.gov


Clerk, United States District Court
Western District of New York
282 Federal Building
100 State Street
Rochester, New York 14614